UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC ROJAS,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAN T. DIEP, et al.,<br><br>        Defendants. | Case No. 20-cv-00490-VKD<br><br>**ORDER CONTINUING DEADLINES RE SETTLEMENT AND DISMISSAL**<br><br>Re: Dkt. No. 19 |

Based on the parties' December 1, 2020 status report (Dkt. No. 19), the Court continues the deadlines regarding settlement and dismissal as follows:

On or before **December 14, 2020**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). If a dismissal is not filed by the specified date, then the parties shall appear on **December 22, 2020 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a further status report no later than **December 15, 2020** stating why they have not completed their settlement. If a dismissal is filed as ordered, the December 22, 2020 hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: December 2, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge